# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2024

*The Court of Appeals hereby passes the following order:*

## A25E0034. BRIAN E. HAYSLIP v. CHRISTY LYNN HAYSLIP

Brian E. Hayslip has a filed an emergency motion for extension of time to file an application for discretionary review pursuant to Court of Appeals Rules 16 (c), 31 (i), 40 (b), and In Re: Statewide Judicial Emergency Due To Tropical Cyclone Helene (the "Statewide Judicial Emergency Order"). We previously granted Hayslip's first motion for extension of time, giving him until November 1, 2024 to file his application for discretionary review. See Case No. A25E0019 (Sept. 18, 2024). Under Rule 16 (c), "[o]nly one extension of time will be granted . . . ." Therefore, Hayslip's emergency motion for extension of time is hereby DENIED. See Court of Appeals Rule 16 (c).

Hayslip may not rely on the Supreme Court's Statewide Judicial Emergency Order as a basis to grant a second extension. Under that order, the Supreme Court "suspend[ed], toll[ed], extend[ed], and otherwise grant[ed] relief from any deadlines or other time schedules or filing requirements imposed by otherwise applicable statutes [or] rules[,]" "during the period of this Order." According to the Supreme Court's order, the Statewide Judicial Emergency terminated on October 30, 2024 "unless otherwise extended." Because Hayslip's November 1, 2024 deadline falls outside of the period of the Order and because the Supreme Court did not extend the Statewide Judicial Emergency, Hayslip is not relieved of his deadline to file his application by November 1, 2024.

For this additional reason, Hayslip's emergency motion for extension of time is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* *10/31/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*